## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |
| The Official Committee of Unsecured Creditors, on behalf of the estates of the Debtors, | Adv. Pro. No. 20-50842 (MFW) |
| Plaintiffs, | |
| v. | |
| Barclays Bank PLC, solely as the holder of a first lien and/or security interest in its capacity as collateral agent under an Amended and Restated Guarantee and Collateral Agreement dated November 2, 2017, and BOKF, N.A., solely as the holder of a second lien and/or security interest in its capacity as collateral agent under the Second Lien Collateral Agreement dated June 6, 2017, | |
| Defendants. | |

**NOTICE OF *AMENDED*[2] AGENDA FOR TELEPHONIC AND VIDEO HEARING SCHEDULED FOR OCTOBER 13, 2020 AT 10:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]**

**THIS HEARING WILL BE HELD TELEPHONICALLY AND BY VIDEO.**

---

[1]    The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

[2]    **Amended items appear in bold.**

[3]    All motions and other pleadings referenced herein are available online at the following address: https://restructuring.primeclerk.com/hertz.

**ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878 NO LATER THAN OCTOBER 12, 2020 BY NOON. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY ZOOM AND COURTCALL.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

**TO APPEAR BY VIDEO CONFERENCE,
PARTIES SHOULD USE THE FOLLOWING INFORMATION:
JOIN ZOOMGOV HEARING: https://debuscourts.zoomgov.com/j/1619293800**

**MEETING ID: 161 929 3800; PASSCODE: 323531**

## I.    RESOLVED/WITHDRAWN MATTERS:

1.    Debtors' Sixth Omnibus Motion for Entry of an Order Authorizing (a) the Rejection of Certain Unexpired Leases and Executory Contracts and (b) the Abandonment of Certain Personal Property, If Any, Each Effective *Nunc Pro Tunc* to the Specified Rejection Date [Docket No. 1163 – filed August 31, 2020]

Objection/Response Deadline:        September 14, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:        None.

Related Documents:

i.    Certification of No Objection Regarding Debtors' Sixth Omnibus Motion for Entry of an Order Authorizing (a) the Rejection of Certain Unexpired Leases and Executory Contracts and (b) the Abandonment of Certain Personal Property, If Any, Each Effective *Nunc Pro Tunc* to the Specified Rejection Date [Docket No. 1314 – filed September 16, 2020]

ii.    Order Authorizing (a) the Rejection of Certain Unexpired Leases and Executory Contracts and (b) the Each Effective *Nunc Pro Tunc* to the Specified Rejection Date [Docket No. 1328 – entered September 18, 2020]

Status: On September 18, 2020, the Court entered an order regarding this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

2.    Motion of Rustico Siazon for Relief from Stay Under Section 362 of the Bankruptcy Code [Docket No. 1169 – filed September 1, 2020]

Objection/Response Deadline:        October 6, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:     None.

Related Documents:

i.     Certification of Counsel Regarding Order Approving Stipulation Regarding Siazon Motion for Relief from Stay [Docket No. 1385 – filed September 29, 2020]

ii.     Order Approving Stipulation Regarding Siazon Motion for Relief from Stay [Docket No. 1386 – entered September 30, 2020]

Status: On September 30, 2020, the Court entered an order regarding this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

3.     Motion [of Lartarsha Moore and Jeremiah Robinson] for Relief from Automatic Stay to the Extent of Liability Insurance Proceeds [Docket No. 1184 – filed September 3, 2020]

Objection/Response Deadline:     None set.

Objections/Responses Received:     None.

Related Documents:

i.     Notice of Hearing on Motion [of Lartarsha Moore and Jeremiah Robinson] for Relief from Automatic Stay to the Extent of Liability Insurance Proceeds [Docket No. 1293 – filed September 15, 2020]

ii.     Notice of Withdrawal of Motion [of Lartarsha Moore and Jeremiah Robinson] for Relief from Automatic Stay to the Extent of Liability Insurance Proceeds [Docket No. 1387 – filed September 30, 2020]

Status: On September 30, 2020, the movant withdrew this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

4.     Request of MomentFeed, Inc. for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [Docket No. 1203 – filed September 4, 2020]

Objection/Response Deadline:     September 21, 2020 at 4:00 p.m. (ET); extended by agreement to October 2, 2020 at 4:00 p.m. for the Debtors

Objections/Responses Received:     None.

Related Documents:

i.     Certification of Counsel Regarding Order Approving Stipulation Regarding Allowance of Administrative Expense Claim of MomentFeed, Inc. Pursuant to 11 U.S.C. § 503(b)(1)(A) [Docket No. 1407 – filed October 2, 2020]

ii.  Order Approving Stipulation Regarding Allowance of Administrative Expense Claim of MomentFeed, Inc. Pursuant to 11 U.S.C. § 503(b)(1)(A) [Docket No. 1412 – entered October 5, 2020]

Status: On October 5, 2020, the Court entered an order regarding this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

5.  Motion of the Debtors for Entry of an Order (i) Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof and (ii) Granting Related Relief [Docket No. 1316 – filed September 16, 2020]

Objection/Response Deadline:        September 30, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:      None.

Related Documents:

i.  Certification of No Objection Regarding Motion of the Debtors for Entry of an Order (i) Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof and (ii) Granting Related Relief [Docket No. 1406 – filed October 2, 2020]

ii.  Statement of the Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for Entry of an Order (i) Extending the Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof and (ii) Granting Related Relief [Docket No. 1408 – filed October 2, 2020]

iii.  Order Extending Debtors' Exclusive Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof and Granting Related Relief [Docket No. 1411 – entered October 5, 2020]

Status: On October 5, 2020, the Court entered an order regarding this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

## II.  **CONTINUED MATTERS:**

6.  Motion of American Traffic Solutions Consolidated, LLC and ATS Processing Services, LLC (a) to Compel the Debtors to Assume or Reject Executory Contracts and (b) to Compel the Debtors to Provide Adequate Protection [Docket No. 302 – filed June 4, 2020]

Objection/Response Deadline:        June 18, 2020 at 4:00 p.m. (ET); extended by agreement to October 6, 2020 at 4:00 p.m. (ET) for the Debtors

Objections/Responses Received:      None at this time.

Related Documents:

i.      First Notice of Assumption of Certain Executory Contracts [Docket No. 1436 – filed October 6, 2020]

Status: The hearing on this matter has been continued to November 17, 2020 at 10:30 a.m. (ET) pending the Debtors' proposed assumption of certain ATS agreements as set forth in the *First Notice of Assumption of Certain Executory Contracts* [Docket No. 1436]. Once approved, ATS has agreed to withdraw the motion.

7.    Motion of Jessica Cajka and Nathaniel Cajka for Relief from Automatic Stay [Docket No. 827 – filed July 27, 2020]

Objection/Response Deadline:        August 10, 2020 at 4:00 p.m. (ET); extended by agreement to August 11, 2020 at 12:00 noon (ET) for the Debtors

Objections/Responses Received:

A.      Debtors' Objection to Cajka Motion for Relief from the Automatic Stay [Docket No. 1026 – filed August 11, 2020]

Related Documents:

i.      Jessica Cajka and Nathaniel Cajka's Reply to Debtors' Objection to Their Motion for Relief from the Automatic Stay [Docket No. 1048 – filed August 13, 2020]

ii.     Order Approving Stipulation Regarding Cajka Motion to Lift Automatic Stay [Docket No. 1106 – entered August 20, 2020]

Status: The hearing on this matter has been continued to November 17, 2020 at 10:30 a.m. (ET).

8.    Motion of Shauna Wilkerson for Relief from Stay Under Section 362 of the Bankruptcy Code to Pursue Litigation Up to the Limits of Insurance Proceeds [Docket No. 849 – filed July 30, 2020]

Objection/Response Deadline:        August 11, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

A.      Debtors' Omnibus Objection to Bennett and Wilkerson Motions for Relief from the Automatic Stay [Docket No. 1032 – filed August 11, 2020]

Related Documents:

i.      Order Approving Stipulation Regarding Wilkerson and Bennett Motions Regarding Automatic Stay [Docket No. 1150 – entered August 27, 2020]

    ii.    **Certification of Counsel Regarding Order Approving Stipulation Withdrawing Motions of Wilkerson and Bennett for Relief from Stay [Docket No. 1477 – filed October 9, 2020]**

    iii.    **Order Approving Stipulation Withdrawing Motions of Wilkerson and Bennett for Relief from Stay [Docket No. 1482 – entered October 9, 2020]**

Status: **On October 9, 2020, the Debtors submitted an order approving a stipulation withdrawing this matter under certification and the Court entered the order. Accordingly, a hearing with respect to this matter is no longer necessary.**

9.    Motion of Richard Bennett for Relief from Stay Under Section 362 of the Bankruptcy Code to Pursue Litigation Up to the Limits of Insurance Proceeds [Docket No. 851 – filed July 30, 2020]

Objection/Response Deadline:    August 11, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

A.    Debtors' Omnibus Objection to Bennett and Wilkerson Motions for Relief from the Automatic Stay [Docket No. 1032 – filed August 11, 2020]

Related Documents:

i.    Order Approving Stipulation Regarding Wilkerson and Bennett Motions Regarding Automatic Stay [Docket No. 1150 – entered August 27, 2020]

ii.    **Certification of Counsel Regarding Order Approving Stipulation Withdrawing Motions of Wilkerson and Bennett for Relief from Stay [Docket No. 1477 – filed October 9, 2020]**

Status: **On October 9, 2020, the Debtors submitted an order approving a stipulation withdrawing this matter under certification.  Accordingly, a hearing with respect to this matter is no longer necessary.**

10.    Motion of the Rathbone Group, LLC for Relief from the Automatic Stay Authorizing the Rathbone Group, LLC to Apply its Right of Recoupment or Setoff [Docket No. 1036 – filed August 12, 2020]

Objection/Response Deadline:    September 2, 2020 at 4:00 p.m. (ET); extended by agreement to November 10, 2020 for the Debtors

Objections/Responses Received:    None.

Related Documents:

i.    Certification of Counsel Regarding Order Approving Stipulation Regarding Motion of the Rathbone Group, LLC for Relief from the Automatic Stay [Docket No. 1446 – filed October 7, 2020]

ii. **Order Approving Stipulation Regarding Motion of the Rathbone Group, LLC for Relief from the Automatic Stay [Docket No. 1457 – entered October 8, 2020]**

Status: The hearing on this matter has been continued to November 17, 2020 at 10:30 a.m. (ET).

11. The Greater Orlando Airport Authority's Motion for Order Allowing, Authorizing, and Directing Immediate Payment of Administrative Expense Claim [Docket No. 1083 – filed August 18, 2020]

Objection/Response Deadline:          October 6, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:        None.

Related Documents:

i. Notice of Hearing Regarding the Greater Orlando Airport Authority's Motion for Order Allowing, Authorizing, and Directing Immediate Payment of Administrative Expense Claim [Docket No. 1105 – filed August 20, 2020]

Status: The hearing on this matter has been continued to November 17, 2020 at 10:30 a.m. (ET).

12. Motion of Juan Abarca, Telma Gamez, Karen Abarca and Jason Abarca for Relief from the Automatic Stay to Permit Statutory Arbitration of Uninsured Motorist Personal Injury Claims [Docket No. 1123 – filed August 24, 2020]

Objection/Response Deadline:          September 8, 2020 at 4:00 p.m. (ET); extended by agreement to October 7, 2020 for the Debtors

Objections/Responses Received:        None.

Related Documents:

i. Certification of Counsel Regarding Order Approving Stipulation Regarding Abarca Motion to Lift Automatic Stay [Docket No. 1362 – filed September 23, 2020]

ii. Order Approving Stipulation Regarding Abarca Motion to Lift Automatic Stay [Docket No. 1366 – entered September 24, 2020]

Status: The hearing on this matter has been continued to November 17, 2020 at 10:30 a.m. (ET).

13. Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Specified Rejection Date [Docket No. 1139 – filed August 26, 2020]

Objection/Response Deadline:        September 2, 2020 at 4:00 p.m. (ET); extended by agreement to November 6, 2020 solely with respect to the contracts noted at paragraph 3 of the Order at Docket No. 1224

Objections/Responses Received:

A.      Informal comments from certain former officers

Related Documents:

i.      Certification of Counsel Regarding Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Specified Rejection Date [Docket No. 1210 – filed September 4, 2020]

ii.      Order Authorizing the Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Specified Rejection Date [Docket No. 1224 – entered September 8, 2020]

Status: The hearing regarding the contracts noted at paragraph 3 of the Order at Docket No. 1224 has been continued to November 17, 2020 at 10:30 a.m. (ET).

## III.    MATTERS SUBMITTED UNDER CERTIFICATIONS:

14.    Debtors' Supplemental Application for Entry of an Order Supplementing the Scope of Services, Fee and Expense Structure, and Timekeeping Requirements Under Which FTI Consulting, Inc. Operates as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to August 31, 2020 [Docket No. 1253 – filed September 10, 2020]

Objection/Response Deadline:        September 24, 2020 at 4:00 p.m. (ET); extended by agreement to October 2, 2020 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (the "Committee")

Objections/Responses Received:

A.      Informal comments received from the U.S. Trustee

B.      Informal comments received from the Committee

Related Documents:

i.      Debtors' Application for Entry of an Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 320 – filed June 4, 2020]

ii.    Supplemental Declaration of Michael Buenzow in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 500 – filed June 22, 2020]

iii.   Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 538 – entered June 24, 2020]

iv.    Declaration of Gina Gutzeit in Support of Debtors' Supplemental Application for Entry of an Order Supplementing the Scope of Services, Fee and Expense Structure, and Timekeeping Requirements Under Which FTI Consulting, Inc. Operates as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to August 31, 2020 [Docket No. 1442 – filed October 7, 2020]

v.     Certification of Counsel Regarding Order Authorizing Modification of the Scope of Services, Fee and Expense Structure, and Timekeeping Requirements Under Which FTI Consulting, Inc. Operates as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to August 31, 2020 [Docket No. 1443 – filed October 7, 2020]

**vi.    Order Authorizing Modification of the Scope of Services, Fee and Expense Structure, and Timekeeping Requirements Under Which FTI Consulting, Inc. Operates as Restructuring Advisor to the Debtors *Nunc Pro Tunc* to August 31, 2020 [Docket No. 1455 – entered October 8, 2020]**

Status: **On October 8, 2020, the Court entered an order regarding this matter. Accordingly a hearing on this matter is no longer necessary.**

15.    Debtors' Motion for Entry of an Order Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property [Docket No. 1317 – filed September 16, 2020]

Objection/Response Deadline:        September 30, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

A.    Informal comments received from certain landlords represented by Barclay Damon LLP

B.    Informal comments received from certain landlords represented by Ballard Spahr LLP

C.    Informal comments received from the Airport Consortium

Related Documents:

i.    Certification of Counsel Regarding Order Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property [Docket No. 1450 - filed October 8, 2020]

      ii.      **Order Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property [Docket No. 1458 – entered October 8, 2020]**

      Status: **On October 8, 2020, the Court entered an order regarding this matter. Accordingly a hearing on this matter is no longer necessary.**

16.    Debtors' Motion for Entry of an Order Approving Franchise Sale Procedures and Granting Related Relief [Docket No. 1346 – filed September 22, 2020]

    Objection/Response Deadline:      October 6, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:

      A.     Informal comments received from the U.S. Trustee

      B.     Informal comments received from the Committee

      C.     Informal comments received from the First Lien Ad Hoc Group

      D.     Informal comments received from the First Lien Agent

      E.     Informal comments received from Zurich American Insurance Company

    Related Documents:

      i.      Declaration of Michael Diederich in Support of the Debtors' Motion for Entry of an Order Approving Franchise Sale Procedures and Granting Related Relief [Docket No. 1347 – filed September 22, 2020]

      ii.     Certification of Counsel Regarding Order Approving Franchise Sale Procedures and Granting Related Relief [Docket No. 1452 - filed October 8, 2020]

      iii.    **Order Approving Franchise Sale Procedures and Granting Related Relief [Docket No. 1459 – entered October 8, 2020]**

      Status: **On October 8, 2020, the Court entered an order regarding this matter. Accordingly a hearing on this matter is no longer necessary.**

17.    Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal and Redact Confidential Information in the Exhibits to the Donlen Securitization Motion [Docket No. 1351 – filed September 22, 2020]

    Objection/Response Deadline:      October 6, 2020 at 4:00 p.m. (ET)

    Objections/Responses Received:     None.

    Related Documents:

i.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal and Redact Confidential Information in the Exhibits to the Donlen Securitization Motion [Docket No. 1445 – filed October 7, 2020]

**ii.     Order Authorizing the Debtors to File Under Seal and Redact Confidential Information in the Exhibits to the Donlen Securitization Motion [Docket No. 1456 – entered October 8, 2020]**

Status: **On October 8, 2020, the Court entered an order regarding this matter. Accordingly a hearing on this matter is no longer necessary.**

## IV.    <u>MATTERS GOING FORWARD</u>:

18.   Motion of the Metropolitan Nashville Airport Authority for Relief from the Automatic Stay to Draw on Prepetition Letters of Credit [Docket No. 1342 – filed September 22, 2020]

Objection/Response Deadline:        October 6, 2020 at 4:00 p.m. (ET); extended by agreement to **November 10, 2020** for the Debtors

Objections/Responses Received:      None.

Related Documents:   None.

Status: **The hearing on this matter has been continued to November 17, 2020 at 10:30 a.m. (ET).**

19.   [SEALED] Debtors' Motion for Entry of an Order (i) Authorizing Certain Debtors to Enter Into Securitization Documents, (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief [Docket No. 1348 – filed September 22, 2020]

Objection/Response Deadline:        October 6, 2020 at 4:00 p.m. (ET); extended by agreement to October 8, 2020 at 4:00 p.m. (ET) for the Committee

Objections/Responses Received:

A.     Informal comments received from the Committee

Related Documents:

i.      [Redacted] Debtors' Motion for Entry of an Order (i) Authorizing Certain Debtors to Enter Into Securitization Documents, (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief [Docket No. 1349 – filed September 22, 2020]

ii.     Declaration of Mark E. Johnson in Support of Debtors' Motion for Entry of an Order (i) Authorizing Certain Debtors to Enter Into Securitization

Documents (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief [Docket No. 1350 – filed September 22, 2020]

iii.    Exhibit R to Debtors' Motion for Entry of an Order (i) Authorizing Certain Debtors to Enter Into Securitization Documents, (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief [Docket No. 1356 – filed September 23, 2020]

iv.    **Notice of Revised Exhibits to Debtors' Motion for Entry of an Order (i) Authorizing Certain Debtors to Enter Into Securitization Documents, (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief [Docket No. 1484 - filed October 9, 2020]**

v.    **Certification of Counsel Regarding Order (i) Authorizing Certain Debtors to Enter Into Securitization Documents, (ii) Modifying the Automatic Stay, and (iii) Granting Related Relief [Docket No. 1485 – filed October 9, 2020]**

Status: The hearing on this matter will go forward.

## V.    PRE-TRIAL CONFERENCE:

20.    Complaint [Adv. Case No. 20-50842 (MFW) – Docket No. 1 – filed September 11, 2020]

Response Deadline:    October 13, 2020

Responses Received:    None at this time.

Related Documents:

i.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Issued to Barclays Bank PLC, solely as the holder of first lien and/or security interest in its capacity as collateral agent under an Amended and Restated Guarantee and Collateral Agreement dated November 2, 2017] [Adv. Case No. 20-50842 (MFW) – Docket No. 3 – filed September 11, 2020]

ii.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Issued to BOKF, N.A, solely as the holder of a second lien and/or security interest in its capacity as collateral agent under the Second Lien Collateral Agreement dated June 6, 2027 [Adv. Case No. 20-50842 (MFW) – Docket No. 4 – filed September 11, 2020]

Status: **The parties have requested from the Court an adjournment of this matter to the hearing scheduled for October 20, 2020 at 11:30 a.m. (ET).**

## VI.    INTERIM FEE APPLICATIONS:

21.    Interim Fee Applications. See Exhibit A hereto.

Related Documents:

**i.** **Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1476 – filed October 9, 2020]**

**ii.** **First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 1483 – entered October 9, 2020]**

<u>Status</u>: **On October 9, 2020, the Debtors submitted a proposed omnibus order awarding first interim fee applications under certification of counsel and the Court entered the order.  Accordingly, a hearing with respect to this matter is no longer necessary.**

13

Dated: October 9, 2020

*/s/ Brett M. Haywood*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
John H. Knight (No. 3848)
Brett M. Haywood (No. 6166)
Christopher M. De Lillo (No. 6355)
J. Zachary Noble (No. 6689)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Collins@rlf.com
Stearn@rlf.com
Knight@rlf.com
Haywood@rlf.com
DeLillo@rlf.com
Noble@rlf.com

—and—

**WHITE & CASE LLP**

Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone:      (305) 371-2700
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
David M. Turetsky (admitted *pro hac vice*)
Andrea Amulic (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone:      (212) 819-8200
cshore@whitecase.com
david.turetsky@whitecase.com
andrea.amulic@whitecase.com
sam.hershey@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, IL 60606
Telephone:      (312) 881-5400
jzakia@whitecase.com

Ronald K. Gorsich (admitted *pro hac vice*)
Aaron Colodny (admitted *pro hac vice*)
Andrew Mackintosh (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone:      (213) 620-7700
rgorsich@whitecase.com
aaron.colodny@whitecase.com
amackintosh@whitecase.com
doah.kim@whitecase.com

*Co-Counsel to the Debtors and*
*Debtors-in-Possession*

**<u>Exhibit A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| The Hertz Corporation, *et al.*,[1] | Case No. 20-11218 (MFW) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **INDEX OF INTERIM FEE APPLICATIONS SCHEDULED FOR**
**HEARING ON OCTOBER 13, 2020 AT 10:30 A.M. (ET)**

1.   First Interim Fee Application of Prime Clerk, Administrative Advisor to the Debtors, for the Period from May 22, 2020 through July 31, 2020 [Docket No. 1277 – filed September 14, 2020]

Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:   None.

Related Documents:

i.   Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 22, 2020 through July 31, 2020 [Docket No. 1077 – filed August 17, 2020]

ii.   Certification of No Objection Regarding Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from May 22, 2020 through July 31, 2020 (No Order Required) [Docket No. 1270 – filed September 11, 2020]

2.   First Interim Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses for the Period from May 22, 2020 through July 31, 2020 [Docket No. 1281 – filed September 14, 2020]

Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET); extended by agreement to October 8, 2020 at 4:00 p.m. for the Office of the United States Trustee (the "**U.S. Trustee**")

---

[1]   The last four digits of The Hertz Corporation's tax identification number are 8568.  The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928.  Due to the large number of debtors in these chapter 11 cases, which are jointly administered for procedural purposes, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at https://restructuring.primeclerk.com/hertz.

**2**   **Amended items appear in bold.**

Objections/Responses Received:

A.      Informal comments received from the U.S. Trustee

Related Documents:

i.      First Combined Monthly Fee Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses Incurred as Audit and Tax Services Provider for the Period from May 22, 2020 through July 31, 2020 [Docket No. 1269 – filed September 11, 2020]

3.      First Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from May 22, 2020 Through and Including July 31, 2020 [Docket No. 1282 – filed September 14, 2020]

Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET); extended by agreement to October 9, 2020 for the U.S. Trustee

Objections/Responses Received:

A.      Informal comments received from the U.S. Trustee

Related Documents:

i.      First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from May 22, 2020 Through and Including June 30, 2020 [Docket No. 1279 – filed September 14, 2020]

ii.     Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from July 1, 2020 Through and Including July 31, 2020 [Docket No. 1280 – filed September 14, 2020]

iii.    Notice of Filing [Docket No. 1437 – filed October 6, 2020]

iv.     **Certification of No Objection Regarding First Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from May 22, 2020 Through and Including June 30, 2020 (No Order Required) [Docket No. 1473 – filed October 9, 2020]**

v.      **Certification of No Objection Regarding Second Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from July 1, 2020 Through and Including July 31, 2020 (No Order Required) [Docket No. 1474 – filed October 9, 2020]**

4. First Interim Fee Application of FTI Consulting, Inc., Restructuring Advisor to the Debtors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period May 23, 2020 through July 31, 2020 [Docket No. 1283 – filed September 14, 2020]

   Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET); extended by agreement to October 8, 2020 at 4:00 p.m. for the U.S. Trustee

   Objections/Responses Received:

   A.    Informal comments received from the U.S. Trustee

   Related Documents:

   i. First Monthly Fee Application of FTI Consulting, Inc. for Payment of Compensation and Reimbursement of Expenses Restructuring Advisor to the Debtors for the Period from May 23, 2020 through June 30, 2020 [Docket No. 1053 – August 13, 2020]

   ii. Certification of No Objection Regarding First Monthly Application of FTI Consulting, Inc. for Payment of Compensation and Reimbursement of Expenses as Restructuring Advisor to the Debtors for the Period from May 23, 2020 through June 30, 2020 (No Order Required) [Docket No. 1232 – filed September 8, 2020]

   iii. Second Monthly Fee Application of FTI Consulting, Inc. for Payment of Compensation and Reimbursement of Expenses as Restructuring Advisor to the Debtors for the Period from July 1, 2020 through July 31, 2020 [Docket No. 1271 – filed September 11, 2020]

5. First Monthly and First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from June 11, 2020 through July 31, 2020 [Docket No. 1284 – filed September 14, 2020]

   Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:

   A.    Informal comments received from the U.S. Trustee

   Related Documents:   None.

6. First Monthly and First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from June 15, 2020 through July 31, 2020 [Docket No. 1285 – filed September 14, 2020]

   Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET)

   Objections/Responses Received:       None.

Related Documents:    None.

7.    First Interim Fee Application Request of Richards, Layton & Finger, P.A., Co-Counsel to the Debtors and Debtors-in-Possession, for the Period from May 22, 2020 through July 31, 2020 [Docket No. 1286 – filed September 14, 2020]

Objection Deadline:    October 5, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Related Documents:

i.    First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from May 22, 2020 through June 30, 2020 [Docket No. 1079 – filed August 17, 2020]

ii.    Certification of No Objection Regarding First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from May 22, 2020 through June 30, 2020 (No Order Required) [Docket No. 1244 – filed September 9, 2020]

iii.    Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors-in-Possession for the Period from July 1, 2020 through July 31, 2020 [Docket No. 1264 – filed September 11, 2020]

8.    First Monthly and Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from June 15, 2020 through July 31, 2020 [Docket No. 1287 – filed September 14, 2020]

Objection Deadline:    October 5, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:    None.

Related Documents:    None.

9.    First Monthly and First Interim Fee Application of UBS Securities LLC for Allowance of Compensation and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from June 17, 2020 through July 31, 2020 [Docket No. 1288 – filed September 14, 2020]

Objection Deadline:    October 5, 2020 at 4:00 p.m. (ET)

Objections/Responses Received:

A.    Informal comments received from the U.S. Trustee

Related Documents:

i.      Notice of Revised Exhibit D to First Monthly and First Interim Fee Application of UBS Securities LLC for Allowance of Compensation and Reimbursement of Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from June 17, 2020 through July 31, 2020 [Docket No. 1404 – filed October 2, 2020]

10.    First Interim Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from May 22, 2020 through July 31, 2020 [Docket No. 1289 – filed September 14, 2020]

Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET); extended by agreement to October 8, 2020 for the U.S. Trustee

Objections/Responses Received:

A.      Informal comments received from the U.S. Trustee

Related Documents:

i.      First Monthly Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from May 22, 2020 through June 30, 2020 [Docket No. 873 – filed July 30, 2020]

ii.     Certification of No Objection Regarding First Monthly Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from May 22, 2020 through June 30, 2020 (No Order Required) [Docket No. 1116 – filed August 21, 2020]

iii.    Second Monthly Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2020 through July 31, 2020 [Docket No. 1120 – filed August 21, 2020]

iv.    Certification of No Objection Regarding Second Monthly Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2020 through July 31, 2020 (No Order Required) [Docket No. 1278 – filed September 14, 2020]

11.    First Interim Application of McCarthy Tétrault LLP for Compensation for Services Rendered and Reimbursement of Expenses as Canadian Restructuring Counsel to the Debtors from May 22, 2020 through July 31, 2020 [Docket No. 1290 – filed September 14, 2020]

Objection Deadline:   October 5, 2020 at 4:00 p.m. (ET); extended by agreement to October 8, 2020 at 4:00 p.m. for the U.S. Trustee

Objections/Responses Received:    None.

<u>Related Documents</u>:

i.      First Monthly Application of McCarthy Tétrault LLP for Compensation for Services Rendered and Reimbursement of Expenses as Canadian Restructuring Counsel to the Debtors from May 22, 2020 through July 31, 2020 [Docket No. 1161 – filed August 31, 2020]

ii.     Certification of No Objection Regarding First Monthly Application of McCarthy Tétrault LLP for Compensation for Services Rendered and Reimbursement of Expenses as Canadian Restructuring Counsel to the Debtors from May 22, 2020 through July 31, 2020 [Docket No. 1341 – filed September 22, 2020]

iii.    Notice of Filing of Budget and Staffing Plan [Docket No. 1369 – filed September 24, 2020]

RLF1 24123779v.1